

# Fourth Court of Appeals
## San Antonio, Texas

May 8, 2013

No. 04-13-00254-CR

Ex parte John E. **RODARTE** Sr.

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. WR-59,240-02,06
Honorable Mary D. Roman, Judge Presiding

### ORDER

In accordance with this court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on May 8, 2013.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of May, 2013.

_____
Keith E. Hottle, Clerk